## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**CARL GREENE,**

                **Plaintiff,**                          2006-CV-0011

   v.

**VIRGIN ISLANDS WATER AND POWER AUTHORITY and ALBERTO BRUNO-VEGA,**

                **Defendant.**

_____

**TO:**   Lee J. Rohn, Esq.
        Rhonda Hospedales, Esq.

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon the parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Defendant Virgin Islands Water and Power Authority for Complete Responses to Interrogatories (Docket No. 37).

Having reviewed the said stipulation, the Court makes the following findings:

Interrogatory No. 1:    Said Defendant stated that it would supplement its original response. The Court notes that said Defendant filed a notice of service of supplemental responses (Docket No. 40) on February 22, 2007. Based upon such notice, the Court finds that

*Greene v. Virgin Islands Water and Power Authority.*
2006-CV-0011
Order Regarding Plaintiff's Motion to Compel
Page 2

                                        Defendant has adequately responded to this interrogatory. Plaintiff may renew his motion if he disputes this finding.

<u>Interrogatory No. 2</u>:      The Court finds this interrogatory to be overly broad. The Court will limit the inquiry to the name, address, employer, and job title of each individual participating, responsible or involved in any manner with regard to hiring, recruitment, interviewing, testing, employment, negotiation or communicating offers, terms and conditions of employment of individuals for employment with the Virgin Islands Water and Power Authority for the position of Line Superintendent, as well as identifying the name, last known address, and title of each individual recruited, hired, interviewed, tested or employed as a result of such activities, along with the applicable dates for the position of Line Superintendent during the period of 1997-2005. Said Defendant shall supplement accordingly.

*Greene v. Virgin Islands Water and Power Authority.*
2006-CV-0011
Order Regarding Plaintiff's Motion to Compel
Page 3

| | |
|---|---|
| <u>Interrogatory No. 3</u>: | The Court will order said Defendant to supplement its response to explain, if possible, the basis for Plaintiff's various promotions/change of positions. |
| <u>Interrogatory No. 4</u>: | Said Defendant stated that it would supplement its original response. The Court notes that said Defendant filed a notice of service of supplemental responses (Docket No. 40) on February 22, 2007. Based upon such notice, the Court finds that Defendant has adequately responded to this interrogatory. Plaintiff may renew his motion if he disputes this finding. |
| <u>Interrogatory No. 7</u>: | The Court will order said Defendant to supplement its response to include, if known, each named person's involvement, authority, and preparation with regards to Plaintiff's employment. |
| <u>Interrogatory No. 12</u>: | Said Defendant stated that it would supplement its original response. The Court notes that said Defendant filed a notice of service of supplemental responses (Docket No. 40) on February 22, 2007. Based upon such notice, the Court finds that |

*Greene v. Virgin Islands Water and Power Authority.*
2006-CV-0011
Order Regarding Plaintiff's Motion to Compel
Page 4

|  |  |
|---|---|
|  | Defendant has adequately responded to this interrogatory. Plaintiff may renew his motion if he disputes this finding. |
| <u>Interrogatory No. 15</u>: | The Court finds that said Defendant has adequately responded to this interrogatory. No further response is necessary. |
| <u>Interrogatory No. 16</u>: | The Court will order said Defendant to review Plaintiff's personnel file and reproduce any responsive documents therefrom. |
| <u>Interrogatory No. 17</u>: | The Court will deny Plaintiff's request without prejudice. In the event that said Defendant's pending motion to dismiss is denied, Plaintiff may renew his motion with regard to this interrogatory. |
| <u>Interrogatory Nos. 24 and 25</u>: | Said Defendant stated that it would supplement its original response. The Court notes that said Defendant filed a notice of service of supplemental responses (Docket No. 40) on February 22, 2007. Based upon such notice, the Court finds that Defendant has adequately responded to this interrogatory. Plaintiff may renew his motion if he disputes this finding. |

*Greene v. Virgin Islands Water and Power Authority.*
2006-CV-0011
Order Regarding Plaintiff's Motion to Compel
Page 5

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Compel Defendant Virgin Islands Water and Power Authority for Complete Responses to Interrogatories (Docket No. 37) is **GRANTED IN PART AND DENIED IN PART**.

2. Said Defendant shall supplement, within ten (10) days from the date of entry of this order, its responses to Interrogatory Nos. 2, 3, 4, 7, and 16 as more fully described hereinabove.

ENTER:

Dated: November 16, 2007                            /s/
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE