IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CARL GREENE, | : | 1:06-cv-11 |
|     Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| VIRGIN ISLANDS WATER AND POWER | : | |
| AUTHORITY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**May 22, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendants' Motion for Summary Judgment on the Issue of Whether Plaintiff has Established a *Prima Facie* Case of Discrimination as to the Termination of His Employment (Doc. 297) is **GRANTED**.

2. Plaintiff's Title VII discrimination in termination claim is **DISMISSED**.

3. Pursuant to 28 U.S.C. § 1367, the Court **DECLINES** to exercise supplemental jurisdiction over Greene's malicious prosecution and abuse of process claims, and these claims are **DISMISSED** without

1

      prejudice to them being refiled in the appropriate territorial court.

4.     The Clerk of Court is directed to **CLOSE** the file on this case.

                <u>s/ John E. Jones III</u>
                John E. Jones III
                United States District Judge