IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CARL GREENE,                              :        1:06-cv-11
             Plaintiff,                 :
                                         :
     v.                                   :        Hon. John E. Jones III
                                         :
VIRGIN ISLANDS WATER AND POWER:
AUTHORITY, *et al.,*                      :
             Defendants.                :

**ORDER**

**May 22, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.    Defendants' Motion for Summary Judgment on the Issue of Whether Plaintiff has Established a *Prima Facie* Case of Discrimination as to the Termination of His Employment (Doc. 297) is **GRANTED**.

2.    Plaintiff's Title VII discrimination in termination claim is **DISMISSED**.

3.    Pursuant to 28 U.S.C. § 1367, the Court **DECLINES** to exercise supplemental jurisdiction over Greene's malicious prosecution and abuse of process claims, and these claims are **DISMISSED** without

prejudice to them being refiled in the appropriate territorial court.

4.       The Clerk of Court is directed to **CLOSE** the file on this case.


<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge